**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**D.R.T.,**

      **Plaintiff,**

                              **Civil Action 2:25-cv-1096**
                              **Judge Algenon L. Marbley**
      **v.**                        **Magistrate Judge Elizabeth P. Deavers**


**WYNDHAM HOTEL & RESORTS,**
**INC.,** *et al.,*

      **Defendants.**


**ORDER**

      This matter is before the Court for consideration of the Motion to Sever and Dismiss

Defendant SBC Hospitality, LLC.  (ECF No. 80.)  The Motion is **GRANTED**.  Pursuant to

Federal Rule of Civil Procedure 21, SBC Hospitality, LLC is hereby **DISMISSED WITHOUT**

**PREJUDICE** from this action.

      **IT IS SO ORDERED.**

**Date: March 10, 2026**               **/s/ *Elizabeth A. Preston Deavers***
                                    **ELIZABETH A. PRESTON DEAVERS**
                                    **UNITED STATES MAGISTRATE JUDGE**